IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:14-cv-01313-RGA |
| STEFANO FIORUCCI, | |
| Defendant. | |

ORDER

For the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment on the Issue of Inventorship (D.I. 97) is **GRANTED**, Plaintiff's Motion for Partial Summary Judgment on the Issue of Ownership (D.I. 111) is **GRANTED**, and Defendant's Motion for Partial Summary Judgment on the Issue of Ownership (D.I. 100) is **DENIED**.

Entered this 28 day of September, 2017.

_____
United States District Judge